IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-CR-184-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAVIES JUNIOR THOMPSON (3)** | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the *pro se* Motion to Terminate Supervised Release [doc. # 332] filed on September 5, 2017. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: September 15, 2017

Graham C. Mullen
United States District Judge